UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 97-D-1611-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,

Defendant.

_____

### ORDER REOPENING CASE
_____

THIS MATTER is before the Court on the parties' Joint Motion to Reopen Administratively Closed Case, filed October 28, 2009 [#56].  As noted in the Motion, this case was administratively closed pursuant to D.Colo.LCivR 41.2 on September 3, 2003, to be reopened for good cause, including a request to reopen the case in order to lodge a proposed consent decree terminating the case.  In the instant motion, the parties state that they have reached a settlement and embodied it in a proposed consent decree that will be lodged with the Court upon the reopening of the case.  Having reviewed the Motion and file, and finding that the parties have demonstrated good cause for reopening this case, it is hereby

ORDERED that the Joint Motion to Reopen Administratively Closed Case, filed October 28, 2009 [#56] is **GRANTED**.  It is

FURTHER ORDERED that this case shall be **REOPENED** so that the parties may lodge the proposed consent decree.

Dated: October 28, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge