UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 97-D-1611-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,

Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Joint Motion for Entry of Consent Decree, filed March 26, 2010 [#66].  Upon review of the file in this matter, I find that the motion should be **GRANTED**.  Accordingly, a finalized Consent Decree, signed by the Court, shall be entered contemporaneous with this Order.  The finalized Consent Decree incorporates by reference all attachments filed by the parties on January 8, 2010 [#61].

Dated:  April 1, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge